IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICK J. PARKER,<br><br>             Plaintiff,<br><br>     v.<br><br>GARY WALKER, JR., *et al.,*<br><br>             Defendants. | No. 07-cv-2047 (RWR) |

**NOTICE OF FILING OF PROOF OF SERVICE**

    Please take notice that plaintiff is filing herewith returns of service executed by Sara W. Kane, attesting to service of the summons and complaint in this case upon the District of Columbia.

                                      Respectfully submitted,

                                      /s/ *Arthur B. Spitzer*
                                      _____
                                      Arthur B. Spitzer, D.C. Bar No. 235960
                                      American Civil Liberties Union
                                         of the National Capital Area
                                      1400  20th Street, N.W. #119
                                      Washington, D.C. 20036\
                                      (202) 457-0800

                                      Counsel for plaintiff

November 23, 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11/19/2007 |
| NAME OF SERVER (PRINT) Sara W Kane | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Office of the secretary of the District of Columbia, Wilson Building Suite 419

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/2007

Signature of Server

Address of Server: 1400 20th St NW Suite 119
Washington DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/19/07 |
| NAME OF SERVER (PRINT) Sara Kane | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __DC Office of the Attorney General__
  __441 4th St NW - 6th floor South__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL  0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/19/07__                   __[signature]__
            Date                            Signature of Server

            __1400 20th St NW Suite 119__
            Address of Server __Washington DC 20036__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.