IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICK J. PARKER, <br><br>              Plaintiff, <br><br> v. <br><br> GARY WALKER, JR., *et al.,* <br><br>              Defendants. | No. 07-cv-2047 (RWR) |

**NOTICE OF FILING OF PROOF OF SERVICE**

      Please take notice that plaintiff is filing herewith a return of service executed by Melvin M. Shapiro, attesting to service of the summons and complaint in this case upon defendant Gary Walker, Jr.

      Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036\
(202) 457-0800

Counsel for plaintiff

February 1, 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Erick J. Parker

**SUMMONS IN A CIVIL CASE**

V.

Officer Gary Walker, Jr.;
Officer John Doe;
District of Columbia

CASE
Case: 1:07-cv-02047
Assigned To : Roberts, Richard W.
Assign. Date : 11/13/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Officer Gary Walker, Jr.
Badge #0221
Metropolitan Police Department, Fifth District
1805 Bladensburg Rd., N.E.
Washington, DC 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur B. Spitzer
Frederick V. Mulhauser
ACLU of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 13 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Erick J. Parker

vs.

Officer Gary Walker, Jr., et al.

No. 1:07-CV-02047 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:25 pm on January 15, 2008, I served Officer Gary Walker, Jr., Badge #0221 at Metropolitan Police Department, Fifth District, 1805 Bladensburg Road, NE, Washington, DC 20002 by serving Officer Gary Walker, Jr., personally. Described herein:

```
     SEX-   MALE
     AGE-   35
  HEIGHT-   6'0"
    HAIR-   BLACK
  WEIGHT-   200
    RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1-16-08
             Date

MELVIN M. SHAPIRO
1827 18th Street, NW
Washington, DC 20009
Our File#- 200095