IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICK J. PARKER, <br><br> Plaintiff, <br><br> v. <br><br> GARY WALKER, JR., *et al.,* <br><br> Defendants. | No. 07-cv-2047 (RWR) |

**NOTICE OF FILING OF PROOF OF SERVICE**

Please take notice that plaintiff is filing herewith a return of service executed by Wesley Jennings, attesting to service of the summons and complaint in this case upon defendant Mark Quat Mathias.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036\
(202) 457-0800

Counsel for plaintiff

February 25, 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Erick J. Parker

**SUMMONS IN A CIVIL CASE**

V.

Officer Gary Walker, Jr., #0221,
Officer Mark Quat Mathis, #1328,
and
District of Columbia

CASE NUMBER:    1:07-cv-02047-RWR

TO: (Name and address of Defendant)

Officer Mark Quat Mathias
Badge #1328
Metropolitan Police Department, Fifth District
1805 Bladensburg Rd., N.E.
Washington, DC 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur B. Spitzer
Frederick V. Mulhauser
ACLU of the National Capital Area
1400 20th St., N.W., Suite 119
Washington, DC 20036

an answer to the ~amended~ complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    **JAN 24 2008**

CLERK                                              DATE
*(signature)*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Erick J. Parker

vs.

Officer Gary Walker, Jr., et al.

No. 1:07-CV-02047-RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:56 pm on February 20, 2008, I served Officer Mark Quat Mathias, Badge #1328 at 300 Indiana Avenue, NW, Washington, DC 20001 by serving Teresa Hyden Quon, Attorney, authorized to accept on behalf of Officer Mark Quat Mathias. Described herein:

```
   SEX-    FEMALE
   AGE-    44
HEIGHT-    5'8"
  HAIR-    BLACK
WEIGHT-    190
  RACE-    ASIAN
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  2-21-08
             Date

_WESLEY JENNINGS_
1827 18th Street, NW
Washington, DC 20009
Our File#- 201273