## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ERICK J. PARKER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| **OFFICER GARY WALKER, JR.**, et al., | ) ) | No. 1:07-cv-02047-RWR |
| Defendants. | ) ) ) | |

### JOINT MOTION TO ENLARGE THE TIME FOR FILING THE PARTIES' LCvR 16.3 REPORT AND TO CONTINUE THE MAY 29, 2008, SCHEDULING CONFERENCE

The parties, by and through counsel, herein move, pursuant to Fed. Civ. P. 6(b)(1), and LCvR 16.1, to enlarge the time for them to file their LCvR 16.3 report, and to continue the May 29, 2008, scheduling conference. The parties have begun settlement discussions that are proceeding constructively. The parties therefore request that the conference be postponed for sixty days to allow the parties to reach a settlement agreement if possible. If settlement discussions do not succeed by that time, the parties will be ready at that point to submit their Joint Rule 16.3 Statement and discuss a schedule for the litigation.

                                                              Respectfully submitted,

                                                              /s/_____
                                                               ARTHUR B. SPITZER [235960]
                                                               FREDERICK V. MULHAUSER [455377]
                                                               American Civil Liberties Union
                                                               of the National Capital Area
                                                               1400 20th St., NW, Suite 119
                                                                Washington, DC 20036
                                                               (202) 457-0800; (202) 452-1868 (fax)

                                                               Attorneys for the Plaintiff

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/_____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C.
(202) 442-9754; (202) 727-6295

Attorneys for the Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ERICK J. PARKER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| **OFFICER GARY WALKER, JR.**, et al., | ) ) | No. 1:07-cv-02047-RWR |
| Defendants. | ) ) | |

**MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION TO ENLARGE THE TIME TO FILE THEIR LCvR 16.3 REPORT, AND TO CONTINUE THE MAY 29, 2008, SCHEDULING CONFERENCE**

In support of their Motion to Enlarge the Time to File Their LCvR 16.3 Report, and to Continue the May 29, 2008, Scheduling Conference, the Parties submit this memorandum of points and authorities, and state as follows:

1. This case involves allegations that the plaintiff was falsely arrested at his place of employment on November 26, 2006. Plaintiff alleges that while he was working, defendants Officers Gary Walker Jr. and Mark Quat Mathis, entered his place of employment, placed him under arrest and then forced him to sit in the front of his place of business where he was seen by the business' patrons. *See* Amended Complaint, generally.

2. On April 28, 2008, the Court issued an Order Scheduling the Initial Scheduling Conference on May 29, 2008. As per the Court's Order, the parties were directed to file a Joint Rule 16 Report with the Court by May 22, 2008. Since receiving said order, the parties in this action have entered into settlement discussions and as such are requesting that the Initial Scheduling Conference be postponed sixty days to either July 29, 2008, or July 30, 2008, or

3. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ." This motion is being filed prior to the current deadline, and otherwise meets the requirements of Rule 6(b)(1).

4. No party will be unduly prejudiced if the requested relief is granted.

WHEREFORE, for the reasons stated herein, and pursuant to Fed. R. Civ. P 6(b)(1), the parties request the Court grant their motion to enlarge the time to file their LCvR 16.3 Report, and to continue the May 29, 2008, status hearing until a day and time convenient to the Court.

Respectfully submitted,

/s/_____
ARTHUR B. SPITZER [235960]
FREDERICK V. MULHAUSER [455377]
American Civil Liberties Union
of the National Capital Area
1400 20th St., NW, Suite 119
Washington, DC 20036
(202) 457-0800; (202) 452-1868 (fax)

Attorneys for the Plaintiff

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation

Division

\_\_/s/_____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

\_/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C.
(202) 442-9754; (202) 727-6295

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERICK J. PARKER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OFFICER GARY WALKER, JR.**, *et al.,* )<br>)<br>Defendants. )<br>) | No. 1:07-cv-02047-RWR |

## ORDER

Upon consideration of the Plaintiff Erik Parker and Defendants District of Columbia, Officer Gary Walker and Officer Mark Quat Mathias' Joint Motion to Enlarge the Time For Filing the Parties LCVR 16.3 Report and to Continue the May 29, 2008 Scheduling Conference, their supporting Memorandum of Points and Authorities, and the entire record herein, it is this \_\_\_\_ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED: that the May 29, 2008 Initial Scheduling Conference be continued until July 29, 2000, or July 30, 2008 or a date acceptable to the court, and that the parties' LCvR 16.3 report be filed two weeks prior to the scheduled conference.

_____
Judge
United States District Court
For The District of Columbia