UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERICK J. PARKER,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **OFFICER GARY WALKER, JR.**, *et al.*, | )   No. 1:07-cv-02047-RWR |
| Defendants. | ) |

### ORDER

Upon consideration of the Plaintiff Erik Parker and Defendants District of Columbia, Officer Gary Walker and Officer Mark Quat Mathias' Joint Motion to Enlarge the Time For Filing the Parties LCVR 16.3 Report and to Continue the May 29, 2008 Scheduling Conference, their supporting Memorandum of Points and Authorities, and the entire record herein, it is this 27th day of May, 2008,

ORDERED, that the motion be, and hereby is, GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED: that the May 29, 2008 Initial Scheduling Conference be continued until August 1, 2008 at 10 a.m., and that the parties' LCvR 16.3 report be filed two weeks prior to the scheduled conference.

_____
Judge
United States District Court
For The District of Columbia