```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                            )
**ERICK J. PARKER**,         )
                            )
    **Plaintiff**,         )
                            )
    v.                   )   Civil Action No. 07-2047 (RWR)
                            )
**GARY WALKER, JR.**, <u>et al.</u>, )
                            )
    **Defendants**.        )
_____)

**ORDER**

In light of the parties' representations that they have reached a settlement in principle, it is hereby

ORDERED that the initial scheduling conference currently scheduled for August 1, 2008 be, and hereby is, CANCELLED. It is further

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 30th day of July, 2008.

                                                         /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge